# PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP

*COUNSELORS AT LAW*

1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018
TELEPHONE 212.593.3000
FACSIMILE 212.593.0353

WWW.PLATZERLAW.COM

PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NEW JERSEY 08043
TELEPHONE 856.782.8644

☐ *If checked, reply to New Jersey Office*

***Via Facsimile & E-Mail***
Peter S. Gordon, Esq.
Gordon & Gordon, P.C.
108-18 Queens Blvd., 6th Floor
Forest Hills, New York 11375

***Re:*** ***Mode Contempo, Inc., Mode Furniture, Inc., Moda Fairfield, Inc., Mode Passaic, Inc., Moda Middletown, Inc. ("Plaintiffs") vs. H.P.G. Enterprises, Ltd. ("Defendant") Case No.: 08 CV 01867***

Dear Peter:

As you are aware this office represents H.P.G. Enterprises, Ltd. Pursuant to our correspondence today, this is to confirm that the Plaintiffs have agreed to extend the Defendant's time to answer the complaint or respond to the complaint with respect to the above-referenced matter from May 28, 2008 to June 13, 2008.

If this is acceptable to you, please sign the bottom of this letter where indicated and fax the executed acknowledgment to my attention at fax no. 212-593-0353.

Sincerely

Teresa Sadutto-Carley

**CONSENTED & AGREED UPON:**

BY: Peter Gordon (LA)
Name:
Date: May 28, 2008