*PLATZER, SWERGOLD, KARLIN, LEVINE,*
*GOLDBERG & JASLOW, LLP*
*Attorneys for the Plaintiff*
*1065 Avenue of the Americas, 18th Floor*
*New York, New York 10018*
*212-593-3000*
*212-593-0535 (fax)*
*LINDA M. GATES, ESQ. (LMG/4953)*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MODE CONTEMPO, INC., ET AL**<br><br>                **Plaintiffs,**<br><br>against<br><br>**H.P.G ENTERPRISES, LTD.,**<br><br>                **Defendant.** | **Civil Action No. 1:CV-08-01867**<br><br><br><br><br><br>**Rule 7.1 Statement** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff, H.P.G. Enterprises, Ltd., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      NONE

                                                        By:  s/Linda Mandel Gates
                                                         **LINDA MANDEL GATES (LMG/4953)**

Dated:  June 13, 2008