```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
===========================X
```

MODE CONTEMPO, INC., MODA  
FURNITURE, INC., MODA FAIRFIELD, INC.,  
MODE PASSAIC, INC., MODA  
MIDDLETOWN, INC.,

Index No.: 08-CV-01867

**REPLY TO COUNTERCLAIM**

     Plaintiffs,

  -against-

H.P.G. ENTERPRISES, LTD.,

  Defendant.

```
===========================X
```

Defendant by its attorneys Gordon and Gordon, P.C. alleges as follows:

  1.) Plaintiff denies paragraph 33 of the Counterclaim.

  2.) Plaintiff denies paragraph 34 of the Counterclaim.

  3.) Plaintiff denies paragraph 35 of the Counterclaim.

  4.) Plaintiff denies paragraph 36 of the Counterclaim.

  5.) Plaintiff denies paragraph 37 of the Counterclaim.

  6.) Plaintiff repeats and realleges allegations in response to paragraph 38 of the Counterclaim as previously set forth herein.

  7.) Plaintiff denies paragraph 39 of the Counterclaim.

  8.) Plaintiff denies paragraph 40 of the Counterclaim.

  9.) Plaintiff denies paragraph 41 of the Counterclaim.

  10.) Plaintiff denies paragraph 42 of the Counterclaim.

  11.) Plaintiff repeats and realleges allegations in response to paragraph 43 of the Counterclaim as previously set forth herein.

  12.) Plaintiff denies paragraph 44 of the Counterclaim.

  13.) Plaintiff denies paragraph 45 of the Counterclaim.

  14.) Plaintiff denies paragraph 46 of the Counterclaim.

15.) Plaintiff repeats and realleges allegations in response to paragraph 47 of the Counterclaim as previously set forth herein.

16.) Plaintiff denies paragraph 48 of the Counterclaim.

17.) Plaintiff denies paragraph 49 of the Counterclaim.

18.) Plaintiff denies paragraph 50 of the Counterclaim.

19.) Plaintiff denies paragraph 51 of the Counterclaim.

20.) Plaintiff denies paragraph 52 of the Counterclaim.

Dated: August 11, 2008
Forest Hills, NY 11375

**GORDON & GORDON, P.C.**

By: /s/
PETER S. GORDON {PSG0068}
Attorney for Plaintiffs
108-18 Queens Blvd.
Forest Hills, NY 11375
Telephone: 718-544-7070
Telefax: 718-544-0994

To: Clifford A. Katz, Esq.
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP.
1065 Avenue of the Americas
New York, New York 10018